# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Franklin Gabriel Vandagriff | Docket No. | 2:10CR00097-002 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Franklin Gabriel Vandagriff who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 23rd day of August 2010 under the following conditions:

**Special Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition #24:** Substance Abuse Evaluation: Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Franklin Gabriel Vandagriff is considered in violation of his conditions of pretrial release by failing to report for scheduled office visits as directed on November 23, December 28, 2010, and February 22, 2011.

**Violation #2:** Franklin Gabriel Vandagriff is considered in violation of his conditions of pretrial release by failing to attend chemical dependency treatment as recommended in his completed chemical dependency evaluation on the following dates: October 26, November 16, November 30, December 7 (excused), December 14, December 28, 2010 (excused), January 11, January 26, February 9, and February 23, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under penalty of perjury that the foregoing is true and correct. |
|   | Executed on: 3/1/2011 |
| by | s/Shawn Kennicutt |
|   | Shawn Kennicutt<br>U.S. Probation Officer |

PS-8

**Re:  Vandagriff, Franklin Gabriel**
**March 1, 2011**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X ]   The Issuance of a Summons
[  ]   Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

3/2/2011

Date