# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Franklin Gabriel Vandagriff | Docket No. | 2:10CR00097-002 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Franklin Gabriel Vandagriff who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 23rd day of August 2010, under the following conditions:

**Special Condition #2:** Defendant shall immediately advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address and telephone number.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Franklin Gabriel Vandagriff is considered in violation of his conditions of pretrial release by moving from his reported residence, on or about, March 3, 2011, and failing to notify his supervising pretrial services officer of a change in his address and telephone number.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/04/2011

by   s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]  Other Incorporate with previously submitted violation/petition

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer
March 7, 2011
Date