PROB I2C
(7/93)

Report Date:  January 21, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Gabriel Vandagriff          Case Number: 2:10CR00097-002

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: June 13, 2011

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Benzylpiperazine ("BZP") and 3.4-Methylenedioxymethamphetamine ("MDMA"), Schedule I Controlled Substances, 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846 |
| Original Sentence: | Prison 30 months<br>TSR - 48 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed     Date Supervision Commenced: April 2, 2013 |
| Defense Attorney: | Amy Rubin     Date Supervision Expires: April 1, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Vandagriff was arrested on January 17, 2014, when police responded to a call reporting a domestic violence dispute.  According to the report, the victim reported that she and her boyfriend, Franklin Vandagriff, had gotten into an argument. At some point during the argument, the victim stated that Mr. Vandagriff pushed her down on the bed, got on top of her, and held her down for about 15 minutes.  The victim then called for her 7-year-old daughter and directed her to contact police.  Shortly thereafter, Mr. Vandagriff let the victim go.

When police interviewed the victim's daughter, she reported that she came into her mother's bedroom when she heard her yelling, and saw Mr. Vandagriff holding her mother down.  Mr. Vandagriff was arrested on charges of unlawful imprisonment and fourth degree assault, domestic violence.

Prob12C
**Re: Vandagriff, Franklin Gabriel**
**January 21, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 21, 2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

January 21, 2014
Date